IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02366-WYD-PAC

DAVID CIDRILLO POMPA;
ROSEMARY SANTELER; and
SHAWN MICHAEL DOMIANUS; and
SCOTT CHRISTOPHER DOMIANUS, by and through their next best friend and Natural Parent, TERRY DOMIANUS,

    Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs Santeler and Domianus Combined Brief in Support of Cross-Motion for Partial Summary Judgment AND Response to Defendant's Motion for Summary Judgment, filed April 24, 2006 (docket #18), is **STRICKEN** with leave to refile in compliance with this Court's Hearing, Conference and Trial Procedures ("HCTP").  The Brief does not contain a Response to Undisputed Material Facts "admitting or denying the asserted material facts set forth by the movant" as required by Section VI of the Court's HCTP.

    Dated:  April 26, 2006

                                           s/ Michelle M. Merz
                                           Law Clerk to
                                           Wiley Y. Daniel
                                           U. S. District Judge