IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02366-WYD-PAC

DAVID CIDRILLO POMPA,
ROSEMARY SANTELER; and
SHAWN MICHAEL DOMIANUS; and
SCOTT CHRISTOPHER DOMIANUS, by and through their next best friend and Natural Parent, TERRY DOMIANUS,

    Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion to Amend Complaint [filed April 24, 2006; Doc. No. 17] is **GRANTED.**  The Amended Complaint shall be filed on or before **May 8, 2006.**

Dated:  May 1, 2006