IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02366-WYD-PAC

DAVID CIDRILLO POMPA,
ROSEMARY SANTELER; and
SHAWN MICHAEL DOMIANUS; and
SCOTT CHRISTOPHER DOMIANUS, by and through their next best friend and Natural Parent, TERRY DOMIANUS,

    Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Parties' Stipulated Motion to Stay Discovery Pending Ruling on Cross Motions for Summary Judgment dated August 28, 2006 (doc. 39) is granted in part and denied in part.  Discovery is stayed for sixty (60) days until **October 29, 2006**.

    IT IS **FURTHER ORDERED** that the final pretrial conference set for November 17, 2006 is **vacated**, and a Status/Scheduling Conference is set for **November 9, 2006 at 9:00 a.m.** in Courtroom A-501, of the Alfred A. Arraj Courthouse.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  September 1, 2006