IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02366-WYD-PAC

DAVID CIDRILLO POMPA,
ROSEMARY SANTELER; and
SHAWN MICHAEL DOMIANUS; and
SCOTT CHRISTOPHER DOMIANUS, by and through their next best friend and Natural Parent, TERRY DOMIANUS,

   Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

   Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

   IT IS HEREBY **ORDERED** that the Parties' Second Stipulated Motion to Stay Discovery Pending Rulings on Cross Motions for Summary Judgment, filed October 13, 2006, **is granted in part** as follows.

   Discovery is stayed an additional sixty (60) days until **December 28, 2006.**

   IT IS **FURTHER ORDERED** that the Status/Scheduling Conference set for November 9, 2006 is *vacated and reset* to **January 5, 2007 at 10:30 a.m.** in Courtroom A-501, of the Alfred A. Arraj Courthouse.

   In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 17, 2006