IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01503-REB-PAC

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

      Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending,

      Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Plaintiffs' Motion to Vacate Scheduling Conference, filed December 13, 2006, is **granted**.  It is

      FURTHER **ORDERED** that a Scheduling Conference is set for **January 24, 2007 at 10:00 a.m.** in Courtroom A501 of the Alfred A. Arraj Courthouse. **The proposed Scheduling Order is due five days in advance**.

      In compliance with D.C.Colo.LCivR83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  December 28, 2006