IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02366-WYD-PAC

DAVID CIDRILLO POMPA,
ROSEMARY SANTELER; and
SHAWN MICHAEL DOMIANUS; and
SCOTT CHRISTOPHER DOMIANUS, by and through their next best friend and Natural Parent, TERRY DOMIANUS,

    Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Parties' Third Stipulated Motion to Stay Discovery Pending Rulings on Cross Motions for Summary Judgment, filed December 27, 2006, **is granted in part** as follows.

    Discovery is stayed until **March 1, 2007.**  It is

    **FURTHER ORDERED** that the Status/Scheduling Conference set for **January 5, 2007 at 10:30 a.m.** is **vacated**.

Dated:  January 2, 2007